MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
CREDIT ACCEPTANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE MORRISON, ERLINDA DEL ROSARIO, MARIE DEL ROSARIO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ACCEPTANCE CORPORATION; and DOES 1 through 50,<br><br>Defendants. | Case No.:  CV 10-00549 EMC<br><br>**STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**  ; ORDER<br><br>**Civil Local Rule 6-1(a)**<br><br><br>Complaint Filed:  December 8, 2009 |

WHEREAS, plaintiff Andre Morrison filed the above-entitled action on December 8, 2009, in the Superior Court of the State of California, in and for the County of Alameda, which named Credit Acceptance Corporation as a defendant;

WHEREAS, Morrison, Erlinda Del Rosario, and Marie Del Rosario filed a first amended complaint against Credit Acceptance on January 13, 2010, also in the Alameda County Superior Court;

WHEREAS, Credit Acceptance removed the action to this Court on February 8, 2010, making its deadline to answer, move, or otherwise respond to Plaintiffs' first amended complaint February 16, 2010;

WHEREAS, Local Rule 6-1(a) of the United States District Court for the Northern District of California provides that the parties may stipulate to extend the time for responding to a complaint without leave of Court;

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Credit Acceptance, on the other, through their respective counsel of record herein, that Credit Acceptance may have an extension of time to answer, move or otherwise respond to Plaintiffs' first amended complaint to and including March 18, 2010.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: February 12, 2010

SEVERSON & WERSON
A Professional Corporation

By: _____/s/ Erik Kemp_____
Erik Kemp

Attorneys for Defendant
CREDIT ACCEPTANCE CORPORATION

I, Erik Kemp, am the ecf user whose identification and password are being used to file this document. I hereby attest that Bryan Kemnitzer has concurred in this filing.

_____/s/ Erik Kemp_____
Erik Kemp

DATED: February 12, 2010

KEMNITZER, BARRON & KRIEG LLP

IT IS SO ORDERED:

By: _____/s/ Bryan Kemnitzer_____
Bryan Kemnitzer

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

Attorneys for Plaintiffs
ANDRE MORRISON, ERLINDA DEL ROSARIO, and MARIE DEL ROSARIO

10858/0004/790068.1

- 2 -

Stipulation for Enlargement of Time
Case No.: CV 10-00549 EMC