| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | MARK D. LONERGAN (State Bar No. 143622)<br>REGINA J. McCLENDON (State Bar No. 184669)<br>rjm@severson.com<br>ERIK KEMP (State Bar No. 246196)<br>ek@severson.com<br>SEVERSON & WERSON<br>A Professional Corporation<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA  94111<br>Telephone:  (415) 398-3344<br>Facsimile:  (415) 956-0439 |
| 7<br>8 | Attorneys for Defendant<br>CREDIT ACCEPTANCE CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE MORRISON, ERLINDA DEL ROSARIO, MARIE DEL ROSARIO, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>CREDIT ACCEPTANCE CORPORATION; and DOES 1 through 50,<br><br>            Defendants. | Case No.:  CV 10-00549 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br><br><br><br><br>Complaint Filed:  December 8, 2009 |

   WHEREAS, plaintiffs Andre Morrison, Erlinda Del Rosario, and Marie Del Rosario are engaged in ongoing settlement discussions regarding the above-entitled matter;

   WHEREAS, substantial progress has been made, and an agreement on all terms except one has been reached;

   WHEREAS, a case management conference is set before this Court on May 27, 2010 at 2:00 p.m.;

   WHEREAS, the parties wish to continue the conference to avoid the expense of preparing for attending the conference, and to save the Court the time and expense of holding a case management conference in a matter that the parties expect to be resolved shortly;

1  WHEREAS, Local Rule 16-2(e) contemplates that the date of a case management
2  conference may be continued by a stipulation approved by the Court;
3  IT IS HEREBY STIPULATED, by and between Plaintiffs, on the one hand, and Credit
4  Acceptance, on the other, by and through their counsel of record, subject to Court approval, that the
5  case management conference of May 27, 2010 be vacated and continued for 60 days or to a date
6  thereafter that is convenient for the Court.  It is further stipulated that the deadline to comply with
7  the Local Rules Regarding ADR Certification (Civil L.R. 16-8(b), ADR L. R. 3-5(b), Civil L.R.
8  16-8(c), ADR L. R. 3-5(c), (d)) are continued to correspond with the new case management date.
9  IT IS SO STIPULATED.

10 DATED: May 18, 2010                SEVERSON & WERSON
                                      A Professional Corporation

11
                                      By:     /s/    *Regina J. McClendon*
12                                               Regina J. McClendon

13                                    Attorneys for Defendant
                                      CREDIT ACCEPTANCE CORPORATION
14

15 DATED: May 17, 2010                KEMNITZER, BARRON & KRIEG LLP

16                                    By:      [signature on attachment]
                                                 Bryan Kemnitzer
17
                                      Attorneys for Plaintiffs
18                                    ANDRE MORRISON, ERLINDA DEL
                                      ROSARIO, and MARIE DEL ROSARIO
19

20  Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the case management
21  conference set for May 27, 2010 at 2:00 p.m. is continued until  August 5, 2010            .
22  IT IS FURTHER ORDERED that the parties' deadline to file an ADR Certification and either a
23  Stipulation and Order selecting an ADR process or a Notice of Need for ADR Phone Conference is
24  continued until _____.
25      IT IS SO ORDERED
26          5/20/10
27                                              _____
                                                Hon. Phyllis J. Hamilton
28                                              United States District Court Judge