1  MARK D. LONERGAN (State Bar No. 143622)
   REGINA J. McCLENDON (State Bar No. 184669)
2  rjm@severson.com
   ERIK KEMP (State Bar No. 246196)
3  ek@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, CA  94111
   Telephone:  (415) 398-3344
6  Facsimile:  (415) 956-0439

7  Attorneys for Defendant
   CREDIT ACCEPTANCE CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | ANDRE MORRISON, ERLINDA DEL ROSARIO, MARIE DEL ROSARIO, individually, and on behalf of all others similarly situated, | Case No.: CV 10-00549 PJH |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | |
| vs. | |
| CREDIT ACCEPTANCE CORPORATION; and DOES 1 through 50, | Complaint Filed:  December 8, 2009 |
| Defendants. | |

20     WHEREAS, plaintiffs Andre Morrison, Erlinda Del Rosario, and Marie Del Rosario and

21 defendant Credit Acceptance Corporation have reached a settlement of the above-entitled matter;

22     WHEREAS, the drafting of the settlement agreement has been completed and the parties

23 are only awaiting the signatures of plaintiffs and their counsel;

24     WHEREAS, after the agreement is signed, plaintiffs expect to file a motion for preliminary

25 approval that will seek certification of a class for settlement purposes;

26     WHEREAS, a case management conference is set before this Court on August 5, 2010 at

27 2:00 p.m.;

28

1  WHEREAS, the parties wish to continue the conference to avoid the expense of preparing for attending the conference, and to save the Court the time and expense of holding a case management conference in a matter where a settlement of plaintiffs' individual and class claims has been reached;

WHEREAS, Local Rule 16-2(e) contemplates that the date of a case management conference may be continued by a stipulation approved by the Court;

IT IS HEREBY STIPULATED, by and between Plaintiffs, on the one hand, and Credit Acceptance, on the other, by and through their counsel of record, subject to Court approval, that the case management conference of August 5, 2010 be vacated and continued for 60 days or to a date thereafter that is convenient for the Court.  It is further stipulated that the deadline to comply with the Local Rules Regarding ADR Certification (Civil L.R. 16-8(b), ADR L. R. 3-5(b), Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)) are continued to correspond with the new case management date.

IT IS SO STIPULATED.

DATED:  July 27, 2010

SEVERSON & WERSON
A Professional Corporation

By:_____/s/____Regina J. McClendon_____
               Regina J. McClendon

Attorneys for Defendant
CREDIT ACCEPTANCE CORPORATION

Attestation Pursuant to General Order 45
  I attest that concurrence in the filing of this document has been obtained from each signatory.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
   Executed July 28, 2010, at San Francisco, California.
     /s/   Regina J. McClendon
           Regina J. McClendon

DATED:  July 27, 2010

KEMNITZER, BARRON & KRIEG LLP

By: _____/s/___Bryan Kemnitzer_____
               Bryan Kemnitzer

Attorneys for Plaintiffs
ANDRE MORRISON, ERLINDA DEL ROSARIO, and MARIE DEL ROSARIO

- 3 -

**1**  ORDER

**2**  Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the case management

**3**  conference set for August 5, 2010, at 2:00 p.m. is continued until __September 30, 2010_____.

**4**  IT IS FURTHER ORDERED that the parties' deadline to file an ADR Certification and

**5**  either a Stipulation and Order selecting an ADR process or a Notice of Need for ADR Phone

**6**  Conference is continued until _____.

**7**  IT IS SO ORDERED

**8**  7/30/10

**9**  _____
Hon. Phyllis J. Hamilton
**10**  United States District Court Judge

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*